UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CASUALTY & SURETY, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:10-cv-00079 |
| | : Judge Colleen Kollar-Kotelly |
| PERSONAL CARE & ASSISTED LIVING | : |
| INSURANCE CENTER, LLC, *et al.,* | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The parties hereto, by their undersigned counsel, hereby stipulate that this matter has been settled, and that the case should be dismissed with prejudice.

Respectfully submitted,

CARR MALONEY P.C.

/s/ *Paul J. Maloney*
Paul J. Maloney, Esquire #362533
2000 L Street, N.W., Suite 450
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
pjm@carrmaloney.com

/s/ *Joseph Peter Drennan*
Joseph Peter Drennan, Esquire #358196
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3773 (Telephone)
(703) 548-4399 (Facsimile)
joseph@josephpeterdrennan.com
*Attorney for Plaintiff, CSI*

/s/ *Suzanne E. Derr*
Suzanne E. Derr, Esquire
Admitted *Pro Hac Vice* 8/10/10
2000 L Street, N.W., Suite 450
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
sed@carrmaloney.com
*Attorneys for Defendants PCALIC,*
*B.A. Barrick, and Barrick*